```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

    vs.        :        No. 2:11-mj-417
                                          MAGISTRATE JUDGE KEMP

**JEREMY G. WHEAT**

## ORDER

The United States moves this Court to dismiss the complaint as to Jeremy G. Wheat.

For good cause shown, the Motion to Dismiss the complaint as to JEREMY G. WHEAT (Doc. #15) is **GRANTED**.

    **IT IS SO ORDERED.**

                                                    ***/s/ Terence P. Kemp***
                                                    TERENCE P. KEMP
                                                    UNITED STATES MAGISTRATE JUDGE

<u>July 6, 2011</u>
DATE